# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEUMONT UNIVERSITY, LLC, et al,<br><br>             Plaintiff,<br><br>vs.<br><br>LITTLE BIZZY, LLC, et al.,<br><br>             Defendants. | Case No. 2:12-cv-01395-GMN-PAL<br><br>**ORDER** |

On November 1, 2012, the district judge referred this case to the undersigned to conduct a settlement conference. *See* Minute Order (Dkt. #22). An Order Scheduling Settlement Conference (Dkt # 23) was entered November 5, 2012 setting this for a settlement conference on February 7, 2013. From a review of the docket it appears that Defendant Little Bizzy, LLC, has not retained counsel to represent it in this case. A corporation cannot appear except through counsel. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

Accordingly,

**IT IS ORDERED:**

1. Defendant Little Bizzy, LLC, shall have until **December 5, 2012,** in which to retain counsel who shall file a notice of appearance in accordance with the Local Rules of Practice.

2. Failure to comply with this order may result in a recommendation to the district judge for sanctions, including case-dispositive sanctions.

/ / /

/ / /

3.   The Clerk of Court shall serve a copy of this Order on Defendant Little Bizzy, LLC, at:

    Little Bizzy, LLC
    848 N. Rainbow Blvd. #4064
    Las Vegas, NV 89107

Dated this 5th day of November, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE