JOHN L. KRIEGER
Nevada Bar No. 6023
STEPHANIE S. BUNTIN
Nevada Bar No. 12339
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109
(702) 949-8200
(702) 949-8398 (fax)

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEUMONT UNIVERSITY, LLC, a Delaware limited liability corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>LITTLE BIZZY, LLC, a Nevada limited liability company; JESSE NICKLES, an individual,<br><br>                    Defendant. | CASE NO.: 2:12-cv-01395-GMN-PAL<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, PERMANENT INJUNCTION, AND ATTORNEYS' FEES AND COSTS**<br><br>**AND ORDER** |

Plaintiff Neumont University herewith request leave to file attorney billing records under seal pursuant to Local Rule 10-5(b) as an exhibit to the declaration of John L. Krieger in support of Plaintiff's Motion for Default Judgment, Permanent Injunction, and Attorneys' Fees and Costs.

This Motion is made and based upon the papers and pleadings on file herein, and such oral argument as the Court deems appropriate.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff seeks an order granting leave to file billing records under seal as an exhibit to its Motion for Default Judgment, Permanent Injunction, and Attorneys' Fees and Costs, which is necessary to protect the confidentiality of attorney billing rates and attorney work product.

///

3512943.1

I.  **LEGAL ARGUMENT**

The public interest in full disclosure of documents is limited to ensuring the "public's understanding of the judicial process and of significant public events." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (quoting *Valley Broadcasting Co. v. U.S. Dist. Ct.*, 798 F.2d 1289, 1295 (9th Cir.1986)).  When a party requests to file documents under seal, the Court must balance the compelling reason for sealing the document with the public interest favoring disclosure. *Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010).  Documents will be sealed where compelling reasons "outweigh the general history of access and the public policies favoring disclosure . . . ." *Kamakana*, 447 F.3d at 1178-1179. Compelling reasons exist for sealing documents where their disclosure may "gratify private spite, promote public scandal, circulate libelous statements, or release trade secretes." *Kamakana*, 447 F.3d at 1179.

Further, under Nevada law, "a person has a privilege . . . to refuse to disclose and to prevent other persons from disclosing a trade secret owned by him or her, if the allowance of the privilege will not tend to conceal fraud or otherwise work injustice." N.R.S. § 49.325.  Courts have recognized billing rates as trade secrets.  *See Courtesy Temporary Service, Inc. v. Camacho.* 272 Cal. Rptr. 352, 358 (1990) (information that includes "billing rates, key contacts, specialized requirements and mark up rates, is sophisticated information and irrefutably of commercial value and not readily ascertainable to other competitors.").

Here, Plaintiff must file with the Court detailed billing records to support a Motion for Default Judgment, Permanent Injunction, and Attorneys' Fees and Costs. These records contain exact billing rates for Plaintiff's attorneys, which is not information that is generally available to the public or to Plaintiff's attorneys' competitors.  Additionally, the billing records contain descriptions of the work performed by Plaintiff's attorneys, which constitute confidential work product and attorney-client communications. Therefore, Plaintiff seeks to submit the attorney billing records under seal so as to protect the confidential nature of the bills, yet give the Court the opportunity to conduct an in camera review to assess whether Plaintiff's attorney fees and costs are reasonable.

## II. CONCLUSION

Based upon the foregoing reasons, Plaintiff therefore respectfully requests the entry of an order granting leave to file under seal Exhibit A to the Declaration of John L. Krieger in support of Plaintiff's Motion for Default Judgment, Permanent Injunction, and Attorneys' Fees and Costs.

DATED this 24th day of May, 2013.

LEWIS AND ROCA LLP

By: /s/ John L. Krieger
JOHN L. KRIEGER
STEPHANIE BUNTIN
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89109
(702) 949-8200
(702) 949-8398 (fax)

*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED** this 19th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge