# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Neumont University, LLC,<br><br>Plaintiff<br><br>v.<br><br>Little Bizzy, LLC, et al.,<br><br>Defendants | Case No.: 2:12-cv-1395-JAD-PAL<br><br>**Order Setting Hearing on Plaintiff's Motion for Default Judgment, Permanent Injunction, and Attorney's Fees and Costs** |

Pending before the Court is Plaintiff, Neumont University, LLC's Motion for Default Judgment, Permanent Injunction, and Attorney's Fees and Costs [Doc. 45], seeking entry of a default judgment, permanent injunction, and attorney's fees and costs against Defendants Little Bizzy, LLC and Jesse Nickles. No opposition to the Motion has been filed.

The Court finds that a prove-up hearing is necessary to determine whether a permanent injunction should be imposed, a default judgment should be entered pursuant to FRCP 55(b)(2) and, in the event a judgment is entered, the full extent of that judgment. Accordingly, and with good cause appearing:

IT IS HEREBY ORDERED that the Court will conduct a prove-up hearing on the Motion for Default Judgment, Permanent Injunction, and Attorney's Fees and Costs [Doc. 45] on **Friday, November 1, 2013**. Plaintiff is instructed to be prepared to offer adequate proof in accordance with FRCP 55(b)(2)(A)-(D) and proof of attorney's fees and costs pursuant to FRCP 54(d) and Local Rule 54. Counsel should also be prepared to argue why federal law permits the legal billing records submitted in connection with this case to remain under seal.

1  Counsel shall deliver to the Court courtesy copies of any exhibits that Plaintiff intends
2 to introduce at the prove-up hearing no later than **Tuesday, October 29, 2013**.
3  DATED: October 9, 2013.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE